Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
Snell & Wilmer L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
asorenson@swlaw.com
nkanute@swlaw.com
*Attorneys for Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLLEGIUM FUND SERIES 32, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>MARK DANIEL SNYDER, an individual; WELLS FARGO BANK, N.A.; DOES I THROUGH X; and ROE CORPORATIONS 1 THROUGH 10,<br><br>Defendants. | Case No.:  2:16-cv-01640-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Counter-Claimants,<br><br>v.<br><br>COLLEGIUM FUND SERIES 32, a Nevada limited-liability company, ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company; NUEVO VISTA HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit cooperative corporation,<br><br>Counter-Defendants. | |

1

25685744

|   |   |
|---|---|
| 1 | FEDERAL HOME LOAN MORTGAGE CORPORATION, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | COLLEGIUM FUND SERIES 32, a Nevada limited-liability company, ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company; NUEVO VISTA HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit cooperative corporation, |
| 8 | Counter-Defendants. |

Wells Fargo Bank, N.A. ("Wells Fargo"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), Collegium Fund Series 32 ("Collegium Fund"), Absolute Collection Services, LLC ("ACS"), and Nuevo Vista Homeowners Association, Inc. (the "HOA"), by and through their respective counsel, hereby respectfully request that the Court enter an order, pursuant to Local Rules 6-1 and 7-1, extending the time for Collegium Fund, ACS, and the HOA to respond to the Motion for Summary Judgment (the "MSJ") filed by Freddie Mac on January 17, 2017 [ECF No. 26] and joined by Wells Fargo on January 20, 2017 [ECF No. 29]. The response to the MSJ is currently due on February 7, 2017. The Parties have agreed to extend this response date to March 7, 2017.

The extension is being sought in good faith and will not unduly delay this litigation. This request is made based on the volume of litigation currently pending on related matters. Additionally, Collegium Fund, the HOA, and ACS would like some additional time to review the discovery responses previously provided by Wells Fargo and Freddie Mac to respond to the MSJ.

Accordingly, the Parties respectfully request that the Court grant this Stipulation and extend the time to respond to the MSJ from February 7, 2017 to March 7, 2017.

DATED this 6th day of February, 2017.

| CONNAGHAN|NEWBERRY | SNELL & WILMER L.L.P. |
|---|---|
| /s/ Paul Connaghan (with permission) | /s/ Nathan Kanute |
| Paul R. Connaghan, Esq. | Amy F. Sorenson, Esq. (NV Bar No. 12495) |
| Nevada Bar No. 3229 | Nathan G. Kanute, Esq. (NV Bar No. 12413) |
| Tara D. Newberry, Esq. | 50 W. Liberty Street, Suite 1510 |
| Nevada Bar No. 10696 | Reno, NV 89501-1961 |
| 7854 W. Sahara Avenue | *Attorneys for Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation* |
| Las Vegas, NV 89117 | |
| *Attorneys for Collegium #32* | |

2

25685744

| | |
|---|---|
| ABSOLUTE COLLECTION SERVICES, LLC | PENGILLY LAW FIRM |
| */s/* Shane Cox (with permission)<br>Shane D. Cox, Esq.<br>Nevada Bar No. 13852<br>8440 w. Lake Mead Blvd., Ste. 210<br>Las Vegas, NV 89128<br>*Attorneys for Absolute Collection Services* | */s/* Elizabeth Lowell (with permission)<br>Elizabeth B. Lowell, Esq.<br>Nevada Bar No. 8551<br>David Markman, Esq.<br>Nevada Bar No. 12440<br>1995 Village Center Circle, Ste. 190<br>Las Vegas, NV 89134<br>*Attorneys for Nuevo Vista HOA* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 7, 2017

3

25685744

# CERTIFICATE OF SERVICE

As an employee of Snell & Wilmer L.L.P., I certify that I served a copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO OBJECT TO THE FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT** on the 6th day of February, 2017 by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

Shane D. Cox, Esq.
Absolute Collection Services, LLC
8440 W Lake Mead Blvd Ste 210
Las Vegas, Nevada 89128

James W. Pengilly, Esq.
Elizabeth B. Lowell, Esq.
Pengilly Law Firm
1995 Village Center Cir., Suite 190
Las Vegas, NV  89134

Paul R. Connaghan, Esq.
Tara D. Newberry, Esq.
Connaghan Newberry Law Firm
7854 W Sahara Ave.
Las Vegas, NV  89117

/s/ Lara J. Taylor
An employee of Snell & Wilmer L.L.P.

4

25685744