Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
Snell & Wilmer L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
asorenson@swlaw.com
nkanute@swlaw.com
*Attorneys for Wells Fargo Bank, N.A. and*
*Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEGIUM FUND SERIES 32, a Nevada limited-liability company, | Case No.:   2:16-cv-01640-JCM-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |
| MARK DANIEL SNYDER, an individual; WELLS FARGO BANK, N.A.; DOES I THROUGH X; and ROE CORPORATIONS 1 THROUGH 10, | |
| Defendants. | **(THIRD REQUEST)** |
| WELLS FARGO BANK, N.A., a national banking association, | |
| Counter-Claimants, | |
| v. | |
| COLLEGIUM FUND SERIES 32, a Nevada limited-liability company, ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company; NUEVO VISTA HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit cooperative corporation, | |
| Counter-Defendants. | |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

1

FEDERAL HOME LOAN MORTGAGE
CORPORATION,

                Counter-Claimants,

v.

COLLEGIUM FUND SERIES 32, a Nevada
limited-liability company, ABSOLUTE
COLLECTION SERVICES, LLC, a Nevada
limited liability company; NUEVO VISTA
HOMEOWNERS ASSOCIATION, INC., a
Nevada non-profit cooperative corporation,

                Counter-Defendants.

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

Wells Fargo Bank, N.A. ("Wells Fargo"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), Collegium Fund LLC, Series 32 ("Collegium Fund"), Absolute Collection Services, LLC ("ACS"), and Nuevo Vista Homeowners Association, Inc. (the "HOA"), by and through their respective counsel, hereby respectfully request that the Court enter an order, pursuant to Local Rules 6-1 and 7-1, extending the time for Collegium Fund, ACS, and the HOA to respond to the Motion for Summary Judgment (the "MSJ") filed by Freddie Mac on January 17, 2017 [ECF No. 26] and joined by Wells Fargo on January 20, 2017 [ECF No. 29]. The response to the MSJ is currently due on March 28, 2017. The Parties have agreed to extend this response date to April 18, 2017.

The extension is being sought in good faith and will not unduly delay this litigation. Freddie Mac recently discovered additional documents that may be responsive to Collegium Fund's discovery requests. Collegium Fund, the HOA, and ACS would like time to review these additional documents before responding to the MSJ. Freddie Mac has now reviewed the documents and produced them by mail on March 23, 2017. The requested extension will give Collegium Fund, the HOA, and ACS roughly three weeks from receiving the document until responding to the MSJ.

Accordingly, the Parties respectfully request that the Court grant this Stipulation and extend the time to respond to the MSJ from March 28, 2017 to April 18, 2017.

/ / /

/ / /

/ / /

DATED this 29th day of March, 2017.

CONNAGHAN|NEWBERRY

/s/Paul R. Connaghan (with permission)
Paul R. Connaghan, Esq.
Nevada Bar No. 3229
Tara D. Newberry, Esq.
Nevada Bar No. 10696
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Collegium #32*

ABSOLUTE COLLECTION SERVICES, LLC

/s/ Shane D. Cox (with permission)
Shane D. Cox, Esq.
Nevada Bar No. 13852
8440 w. Lake Mead Blvd., Ste. 210
Las Vegas, NV 89128
*Attorneys for Absolute Collection Services*

SNELL & WILMER L.L.P.

   /s/ Nathan G. Kanute
Amy F. Sorenson, Esq. (NV Bar No. 12495)
Nathan G. Kanute, Esq. (NV Bar No. 12413)
50 W. Liberty Street, Suite 1510
Reno, NV 89501-1961
*Attorneys for Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation*

PENGILLY LAW FIRM

/s/ Elizabeth B. Lowell (with permission)
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
David Markman, Esq.
Nevada Bar No. 12440
1995 Village Center Circle, Ste. 190
Las Vegas, NV 89134
*Attorneys for Nuevo Vista HOA*

**IT IS SO ORDERED.**

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

DATED:___March 30, 2017_____

4811-7251-5141

1

## CERTIFICATE OF SERVICE

2

As an employee of Snell & Wilmer L.L.P., I certify that I served a copy of the foregoing

3 **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FEDERAL HOME**

4 **LOAN MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT** on the

5 29th day of March, 2017 by the method indicated:

6 ☐     **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule
7        7.26(a).  A printed transmission record is attached to the file copy of this
8        document(s).

   ☐     **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope
9        with postage thereon fully prepaid, in the United States mail at Reno, Nevada
10        addressed as set forth below.

   ☐     **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an
11        overnight delivery service company for delivery to the addressee(s) on the next
12        business day.

   ☐     **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a
13        messenger service with which this firm maintains an account, of the document(s)
14        listed above to the person(s) at the address(es) set forth below.

15 ☒     **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced
16        case.

17 Shane D. Cox, Esq.
Absolute Collection Services, LLC
18 8440 W Lake Mead Blvd Ste 210
Las Vegas, Nevada 89128
19

20 James W. Pengilly, Esq.
Elizabeth B. Lowell, Esq.
21 Pengilly Law Firm
1995 Village Center Cir., Suite 190
22 Las Vegas, NV  89134

23 Paul R. Connaghan, Esq.
Tara D. Newberry, Esq.
24 Connaghan Newberry Law Firm
7854 W Sahara Ave.
25 Las Vegas, NV  89117

26

27                           /s/ Lara J. Taylor
                         An employee of Snell & Wilmer L.L.P.
28

*Snell & Wilmer*
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

4

4811-7251-5141