CONNAGHAN NEWBERRY
Paul R. Connaghan, Esq. (SBN: 3229)
pconnaghan@cnlawlv.com
Tara Clark Newberry, Esq. (SBN: 10696)
tnewberry@cnlawlv.com
7854 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 608-4232
Facsimile: (702) 946-1380
*Attorneys for Collegium 32*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEGIUM FUND LLC, SERIES 32, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> MARK DANIEL SNYDER, an individual; WELLS FARGO BANK, N.A.; DOES I through X; and ROE CORPORATIONS 1 through 10, <br><br> Defendants, <br><br>_____ <br> FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Counter-Claimant, <br><br> vs. <br><br> COLLEGIUM FUND LLC, SERIES 32, a Nevada limited-liability company; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company; NUEVO VISTA HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit cooperative corporation; <br><br> Counter-Defendant. | CASE NO.: 2:16-CV-01640-JCM-PAL <br><br> **STIPULATED MOTION AND ORDER TO CORRECTLY DESIGNATE COLLEGIUM FUND LLC, SERIES 32 IN CAPTION AND PLEADINGS** |

Collegium Fund LLC, Series 32, Wells Fargo Bank, N.A., Federal Home Loan Mortgage Corporation, Absolute Collection Services, LLC, and Nuevo Vista Homeowners Association, Inc., by and through their respective counsel, hereby stipulate and agree in accordance with LR 7-1, and respectfully request the Court to enter an order that the designation of Plaintiff in the case caption and pleadings be corrected to designate Plaintiff as "Collegium Fund LLC, Series 32" rather than "Collegium Fund Series 32."

The parties acknowledge and agree that the Foreclosure Deed is correctly described in paragraph 37 of Plaintiff's Complaint as Instrument No. 20140116-0002367, recorded with the Clark County, Nevada Recorder's office; that said Foreclosure Deed, in fact, correctly designates "Collegium Fund LLC, Series 32" as Grantee; and that real party in interest Plaintiff is Collegium Fund LLC, Series 32, not Collegium Fund Series 32 (there being no entity by that name).

Dated: March 30, 2017

CONNAGHAN|NEWBERRY

  /s/ Tara Clark Newberry
Paul R. Connaghan, Esq.
Nevada Bar No. 3229
Tara Clark Newberry, Esq.
Nevada Bar No. 10696
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

Dated: March 30, 2017

ABSOLUTE COLLECTION SERVICES, LLC

  /s/ Shane D. Cox
Shane D. Cox, Esq.
Nevada Bar No. 13852
8440 W. Lake Mead Blvd., Ste. 210
Las Vegas, NV 89128
*Attorneys for Absolute Collection Services*

Dated: March 30, 2017

SNELL & WILMER L.L.P.

  /s/ Nathan G. Kanute
Amy F. Sorenson, Esq. (NV Bar No. 12495)
Nathan G. Kanute, Esq. (NV Bar No. 12413)
50 W. Liberty Street, Suite 1510
Reno, NV 89501-1961
*Attorneys for Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation*

Dated: March 30, 2017

PENGILLY LAW FIRM

  /s/ Elizabeth B.Lowell
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
David Markman, Esq.
Nevada Bar No. 12440
1995 Village Center Circle, Ste. 190
Las Vegas, NV 89134
*Attorneys for Nuevo Vista HOA*

**CONNAGHAN NEWBERRY LAW FIRM**
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone (702) 608-4232

# ORDER

**IT IS SO ORDERED** that the designation of Plaintiff in the Complaint and all pleadings on file and in the case caption be corrected to "Collegium Fund LLC, Series 32" rather than and in place of "Collegium Fund Series 32."

_____
Peggy A. Leen
United States Magistrate Judge

DATED: March 31, 2017


Respectfully submitted by:

**CONNAGHAN|NEWBERRY LAW FIRM**

   _/s/ Tara Clark Newberry_
TARA CLARK NEWBERRY, ESQ.
Nevada Bar No. 10696
7854 W. Sahara Ave.
Las Vegas, NV 89101
(702) 608-4232
tnewberry@cnlawlv.com
*Attorney for Plaintiff*

3

**CONNAGHAN NEWBERRY LAW FIRM**
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone (702) 608-4232

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March 2017, I electronically submitted the foregoing **STIPULATED MOTION AND ORDER TO CORRECTLY DESIGNATE COLLEGIUM FUND LLC, SERIES 32 IN CAPTION AND PLEADINGS** with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to the following individuals, who have consented in writing to accept this Notice as service of this document by electronic means.

| | |
|---|---|
| Amy F. Sorenson | asorenson@swlaw.com, Docket_LAS@swlaw.com, smoen@swlaw.com DOCKET_SLC@swlaw.com |
| Nathan Guy Kanute | nkanute@swlaw.com, dcalhoun@swlaw.com, ljtaylor@swlaw.com |
| Craig S Denney | craig.denney@ssa.gov |
| David A Markman | dmarkman@pengillylawfirm.com, cschnider@pengillylawfirm.com, oschulze@pengillylawfirm.com, reception@pengillylawfirm.com |
| Elizabeth B Lowell | elowell@pengillylawfirm.com |
| James W Pengilly | jpengilly@pengillylawfirm.com, |
| Shane D. Cox | shane@absolute-collection.com |

                                                */s/ Kathleen Seckinger*
                                         Kathleen Seckinger, an Employee of
                                         CONNAGHAN NEWBERRY LAW FIRM