Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
Snell & Wilmer L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
asorenson@swlaw.com
nkanute@swlaw.com
*Attorneys for Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLLEGIUM FUND SERIES 32, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>MARK DANIEL SNYDER, an individual; WELLS FARGO BANK, N.A.; DOES I THROUGH X; and ROE CORPORATIONS 1 THROUGH 10,<br><br>Defendants. | Case No.: 2:16-cv-01640-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Counter-Claimants,<br><br>v.<br><br>COLLEGIUM FUND SERIES 32, a Nevada limited-liability company, ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company; NUEVO VISTA HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit cooperative corporation,<br><br>Counter-Defendants. | |

1

4811-2057-5303

| | |
|---|---|
| 1 | FEDERAL HOME LOAN MORTGAGE CORPORATION, |
| 2 | Counter-Claimants, |
| 3 | v. |
| 4 | COLLEGIUM FUND SERIES 32, a Nevada limited-liability company, ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company; NUEVO VISTA HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit cooperative corporation, |
| 5 | |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

Wells Fargo Bank, N.A. ("Wells Fargo"), Federal Home Loan Mortgage Corporation ("Freddie Mac"), Collegium Fund LLC, Series 32 ("Collegium Fund"), Absolute Collection Services, LLC ("ACS"), and Nuevo Vista Homeowners Association, Inc. (the "HOA"), by and through their respective counsel, hereby respectfully request that the Court enter an order, pursuant to Local Rules 6-1 and 7-1, extending the time for Freddie Mac to file a reply in support of its Motion for Summary Judgment (the "MSJ") filed by Freddie Mac on January 17, 2017 [ECF No. 26] and joined by Wells Fargo on January 20, 2017 [ECF No. 29]. The reply in support of the MSJ is currently due on May 5, 2017. The Parties have agreed to extend this response date to May 26, 2017.

The extension is being sought in good faith and will not unduly delay this litigation. Collegium Fund filed its opposition to the MSJ on April 18, 2017 under seal. The opposition is roughly 30 pages and raises a number of issues. Freddie Mac is in need of additional time to review and respond to the opposition filed by Collegium Fund. Given the volume of litigation related to the HOA foreclosures and the issues raised by the opposition, the standard two week reply deadline will not offer sufficient time for a Freddie Mac to present its reply. The requested extension will give Freddie Mac three weeks additional weeks to prepare the reply, which is commensurate with the extensions the Parties agreed to for the oppositions to the MSJ.

Accordingly, the Parties respectfully request that the Court grant this Stipulation and extend the time to file a reply in support of the MSJ from May 5, 2017 to May 26, 2017.

/ / /

/ / /

2

4811-2057-5303

DATED this 24th day of April, 2017.

| | |
|---|---|
| CONNAGHAN\|NEWBERRY | SNELL & WILMER L.L.P. |
| /s/Tara Clark Newberry (with permission)<br>Paul R. Connaghan, Esq.<br>Nevada Bar No. 3229<br>Tara Clark Newberry, Esq.<br>Nevada Bar No. 10696<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br>*Attorneys for Collegium #32* | /s/ Nathan G. Kanute<br>Amy F. Sorenson, Esq. (NV Bar No. 12495)<br>Nathan G. Kanute, Esq. (NV Bar No. 12413)<br>50 W. Liberty Street, Suite 1510<br>Reno, NV 89501-1961<br>*Attorneys for Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation* |
| ABSOLUTE COLLECTION SERVICES, LLC | PENGILLY LAW FIRM |
| /s/ Shane D. Cox (with permission)<br>Shane D. Cox, Esq.<br>Nevada Bar No. 13852<br>8440 w. Lake Mead Blvd., Ste. 210<br>Las Vegas, NV 89128<br>*Attorneys for Absolute Collection Services* | /s/ Elizabeth B. Lowell (with permission)<br>Elizabeth B. Lowell, Esq.<br>Nevada Bar No. 8551<br>David Markman, Esq.<br>Nevada Bar No. 12440<br>1995 Village Center Circle, Ste. 190<br>Las Vegas, NV 89134<br>*Attorneys for Nuevo Vista HOA* |

**IT IS SO ORDERED.**

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

DATED: April 26, 2017

3

4811-2057-5303

# CERTIFICATE OF SERVICE

As an employee of Snell & Wilmer L.L.P., I certify that I served a copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT** on the 24th day of April, 2017 by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

Shane D. Cox, Esq.
Absolute Collection Services, LLC
8440 W Lake Mead Blvd Ste 210
Las Vegas, Nevada 89128

James W. Pengilly, Esq.
Elizabeth B. Lowell, Esq.
Pengilly Law Firm
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134

Paul R. Connaghan, Esq.
Tara D. Newberry, Esq.
Connaghan Newberry Law Firm
7854 W Sahara Ave.
Las Vegas, NV 89117

                                      /s/ Lara J. Taylor
                                      An employee of Snell & Wilmer L.L.P.

4811-2057-5303