CLARK NEWBERRY LAW FIRM
Tara Clark Newberry, Esq. (SBN: 10696)
tnewberry@cnlawlv.com
7854 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 608-4232
Facsimile: (702) 946-1380
*Attorney for Collegium Fund LLC Series 32*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEGIUM FUND SERIES 32, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MARK DANIEL SNYDER, an individual; WELLS FARGO BANK, N.A.; DOES I through X; and ROE CORPORATIONS 1 through 10,<br><br>Defendants,<br><br>WELLS FARGO BANK, N.A., a national banking association, and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Counter-Claimants,<br><br>vs.<br><br>COLLEGIUM FUND SERIES 32, a Nevada limited-liability company; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company; NUEVO VISTA HOMEOWNERS ASSOCIATION, INC., a Nevada non-profit cooperative corporation;<br><br>Counter-Defendant. | CASE NO.: 2:16-CV-01640-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF COLLEGIUM FUND LLC SERIES 32 TO RESPOND TO FREDDIE MAC AND WELLS FARGO'S MOTION FOR RECONSIDERATION OF ORDER DENYING THEIR MOTION FOR SUMMARY JUDGMENT [ECF NO. 56]**<br><br>**(FIRST REQUEST)** |

## STIPULATION

The parties, by and through their respective counsel of record, hereby stipulate and request that this Court enter an order, pursuant to Local Rules 6-1 and 7-1, to extend the time for Plaintiff/Counter-Defendant, COLLEGIUM FUND LLC SERIES 32 ("Collegium #32"), to respond to the "Motion for Reconsideration of Order Denying Their Motion for Summary Judgment [ECF No. 56]" ("MFR") filed by Counterclaimant, FEDERAL HOME LOAN MORTGAGE CORPORATION ("Freddie Mac") and Defendant, WELLS FARGO BANK, N.A. ("Wells' Fargo") on August 2, 2017 as Doc. No. 57. Responses are currently due on August 16, 2017. The parties have agreed to extend the time to file responses to September 1, 2017. Additionally, the parties have agreed that the reply to the response shall be due on or before September 29, 2017.

This is the first request and stipulation to respond to the motion to reconsider this Court's order denying Freddie Mac and Wells Fargo's Motion for Summary Judgment. The stipulation and order are necessary to complete the briefing on the complex issues raised and revisited in the MFR. The summer calendar of Collegium #32's counsel also conflicts with preparing a timely response to the MFR. This request is made in good faith and not submitted for any improper purpose or delay.

/////

/////

/////

/////

/////

/////

/////

1  It is so stipulated by the parties that the time to respond to the MFR will be extended from August 16, 2017 to September 1, 2017. It is also stipulated by the parties that the reply to the response shall be due on or before September 29, 2017.

| CLARK NEWBERRY LAW FIRM | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Tara Clark Newberry* <br> Tara Clark Newberry, Esq. <br> Nevada Bar No. 10696 <br> 7854 W. Sahara Avenue <br> Las Vegas, NV 89117 <br> *Attorneys for* <br> *Collegium Fund LLC Series 32* <br><br> DATED: August 14, 2017 | By: */s/ Nathan G. Kanute* <br> Nathan G. Kanute, Esq. <br> Nevada Bar No. 1241350 West Liberty Street, Suite 510 <br> Reno, Nevada 89501-1961 <br> *Attorneys for Wells Fargo Bak, N.A. and Federeal Home Loan Mortgge Corporation* <br><br> DATED: August 14, 2017 |
| ABSOLUTE COLLECTION SERVICES, LLC | PENGILLY LAW FIRM |
| By: */s/ Shane D. Cox* <br> Shane D. Cox, Esq. <br> Nevada Bar No. 13852 <br> 8440 w. Lake Mead Blvd., Ste. 210 <br> Las Vegas, NV 89128 <br> *Attorneys for Absolute Collection Services* <br><br> DATED: August 14, 2017 | By: */s/ Elizabeth B. Lowell* <br> Elizabeth B. Lowell, Esq. <br> Nevada Bar No. 8551 <br> David Markman, Esq. <br> Nevada Bar No. 12440 <br> 1995 Village Center Circle, Ste. 190 <br> Las Vegas, NV 89134 <br> *Attorneys for Nuevo Vista HOA* <br><br> DATED: August 14, 2017 |

**IT IS SO ORDERED** August 17, 2017.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August 2017, I electronically submitted the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF COLLEGIUM FUND LLC SERIES 32 TO RESPOND TO FREDDIE MAC AND WELLS FARGO'S MOTION FOR RECONSIDERATION OF ORDER DENYING THEIR MOTION FOR SUMMARY JUDGMENT [ECF NO. 56] (FIRST REQUEST)** with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to the following individuals, who have consented in writing to accept this Notice as service of this document by electronic means.

| | |
|---|---|
| Amy F. Sorenson | asorenson@swlaw.com, Docket_LAS@swlaw.com, smoen@swlaw.com DOCKET_SLC@swlaw.com |
| Nathan Guy Kanute | nkanute@swlaw.com, dcalhoun@swlaw.com, ljtaylor@swlaw.com |
| Craig S Denney | craig.denney@ssa.gov |
| David A Markman | dmarkman@pengillylawfirm.com, cschnider@pengillylawfirm.com, oschulze@pengillylawfirm.com, reception@pengillylawfirm.com |
| Elizabeth B Lowell | elowell@pengillylawfirm.com |
| James W Pengilly | jpengilly@pengillylawfirm.com |
| Shane D. Cox | shane@absolute-collection.com |

*/s/ Kathleen Seckinger*
Kathleen Seckinger, an Employee of
CLARK NEWBERRY LAW FIRM