UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COLLEGUIM FUND LLC, SERIES 32,<br><br>Plaintiff,<br>v.<br>MARK DANIEL SNYDER, et al.,<br><br>Defendant. | Case No. 2:16-cv-01640-JCM-PAL<br><br>ORDER |

Before the court is the parties' Stipulation and Order to Extend the Stay of Discovery (Second Request) (ECF No. 63). The stipulation requests a stay of discovery in this matter pending a decision on the Motion for Reconsideration (ECF No. 57) of an Order (ECF No. 56) deciding a motion for summary judgment. Having reviewed and considered the matter,

**IT IS ORDERED** that the Stipulation to Stay Discovery (ECF No. 63) is **GRANTED** to the extent THAT a temporary 60-day stay of discovery until October 30, 2017 is imposed.

DATED this 30th day of August, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1